STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW PAULSON (CABN 267095)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7356
    FAX: (415) 436-7234
    Andrew.paulson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-cr-00450-JD |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| ALEJANDRO REYES, <br> a/k/a/ Alejandro Cruz Reyes, <br> a/k/a/ Alejandro Reyes Cruz, | |
| Defendant. | |

On November 15, 2021, defendant Alejandro Reyes was charged by Information with a violation of 18 U.S.C. § 1038(a)(1)—False Information and Hoaxes.

This matter came before the Court on January 14, 2022, for a detention hearing. The defendant was present and represented by Elizabeth M. Falk. Assistant United States Attorney Andrew Paulson appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers, and arguments presented, and for the reasons stated on the record, the Court finds (1) by a preponderance of the evidence that no condition or combination of

conditions will reasonably assure the appearance of the person as required, and (2) by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: (1) the defendant has a history of making threats of violence to government officials and others on multiple occasions in the past, one of which resulted in an August 17, 2015 conviction for a violation of California Penal Code § 422 (threatening a crime with intent to terrorize); (2) there is evidence that the defendant has engaged in acts of violence against his family members in the past; (3) when the defendant was arrested, he was in possession of at least one identification document for an individual other than himself; (4) the cellphone used to make the threat that is charged in this case was registered under an individual's social security number that did not belong to the defendant; (5) the defendant is currently in the country without documentation and potentially faces removal proceedings following the conclusion of this case; (6) the defendant has previously been removed from the United States; and (7) the defendant has previously expressed a desire to return to Mexico. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

///

///

///

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: January 14, 2022

_____
HONORABLE SALLIE KIM
United States Magistrate Judge