STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW PAULSON (CABN 267095)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7356
    FAX: (415) 436-7234
    Andrew.paulson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> ALEJANDRO REYES, <br> a/k/a Alejandro Cruz Reyes, <br> a/k/a Alejandro Reyes Cruz, <br>     Defendant. | NO. CR 3:21-CR-00450-JD <br><br> STIPULATION TO CONTINUE CHANGE OF PLEA AND SENTENCING AND TO EXCLUDE TIME FROM MARCH 7, 2022 TO MARCH 28, 2022 AND [PROPOSED] ORDER |

      On December 14, 2021, the Court set this matter for a plea and sentencing hearing on February 28, 2022 at 10:30 a.m. On February 25, 2022, counsel for the defendant informed the Court that the defendant was in quarantine at Santa Rita Jail and therefore could not attend the February 28, 2022 change of plea and sentencing. Later that day, the Court continued the change of plea and sentencing to March 21, 2022 at 10:30 a.m.

      Counsel for the defendant is unavailable on March 21, 2022 because she will be in trial on another case. As a result, the parties request that the March 21, 2022 change of plea and sentencing be continued to March 28, 2022 at 10:30 a.m. The parties stipulate and agree that excluding time from today, March 7, 2022, through March 28, 2022 will allow for the effective preparation of counsel. *See*

STIP. RE COP AND TO EXCLUDE TIME; [PROPOSED] ORDER
3:21-cr-00450-JD

1 | 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by
2 | excluding the time from March 7, 2022 through March 28, 2022 from computation under the Speedy
3 | Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
4 | 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 7, 2022                         */s/ Andrew Paulson*
                                             ANDREW PAULSON
                                             Assistant United States Attorney

DATED: March 7, 2022                         */s/ Elizabeth M. Falk*
                                             ELIZABETH M. FALK
                                             Counsel for Defendant Alejandro Reyes

STIP. RE COP AND TO EXCLUDE TIME; [PROPOSED] ORDER
3:21-cr-00450-JD

## [~~PROPOSED~~] ORDER

The Court hereby continues the change of plea and sentencing in this matter to March 28, 2022 at 10:30 a.m. Additionally, based upon the facts set forth in the stipulation of the parties and the representations made to the Court, and for good cause shown, the Court finds that failing to exclude the time from March 7, 2022 through March 28, 2022 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 7, 2022 through March 28, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 7, 2022 through March 28, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: March 7, 2022

_____
HON. JAMES DONATO
United States District Judge